**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**EDGAR ROLANDO AUCAY ANDRADE**          **CASE NO.  6:26-CV-00454 SEC P**

**VERSUS**                              **JUDGE EDWARDS**

**PAMELA BONDI ET AL**                   **MAG. JUDGE KAYLA D. MCCLUSKY**


**TRANSFER ORDER**


Considering the transfer to this Court of the above-captioned action on February 12, 2026, formerly Case No. 0:26-cv-01389, United States District Court, District of Minnesota,

IT IS ORDERED that within twenty (20) days any attorney appearing as counsel of record in this action who is not presently admitted to practice before the United States District Court for the Western District of Louisiana exercise one of the following options:

(1)     File an Application to Practice in this Court;

(2)     File a Motion for Admission Pro Hac Vice pursuant to Local Rule 83.2.6; or

(3)     Secure substitute counsel admitted to practice in this court for the party presently being represented.

THUS DONE in Chambers on this ___18th___ day of ____February____, 2026.


_____
Kayla D. McClusky
United States Magistrate Judge